*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: August 13, 2015          105714
_____

THE PEOPLE OF THE STATE OF
   NEW YORK,
                 Respondent,

     v                            MEMORANDUM AND ORDER

MICHAEL S. VIERNO,
                 Appellant.
_____

Calendar Date: June 8, 2015

Before: McCarthy, J.P., Garry, Rose and Lynch, JJ.

_____

     Rosemary Philips, Canton, for appellant.

     Mary E. Rain, District Attorney, Canton (Ramy Louis of counsel), for respondent.

_____

     Appeal from a judgment of the County Court of St. Lawrence County (Richards, J.), rendered August 14, 2012, convicting defendant upon his plea of guilty of the crime of attempted assault in the second degree.

     In satisfaction of a one-count indictment, defendant pleaded guilty to attempted assault in the second degree and waived his right to appeal. He was released to probation pending sentencing and violated a condition of his release during this time. Nevertheless, County Court adhered to the plea bargain and sentenced him as a second felony offender to the minimum available sentence of 1½ to 3 years in prison with a recommendation for the shock incarceration program. He now appeals.

     Appellate counsel seeks to be relieved of her assignment of

representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal.  Based upon our review of the record and counsel's brief, we agree.  Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

McCarthy, J.P., Garry, Rose and Lynch, JJ., concur.

ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court